IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Emma J. Foster,**                                                                                     **Plaintiff**

**No. 2:11-CV-159-JMM**

**Michael J. Astrue, Commissioner,**                                                     **Defendant**
**Social Security Administration**

**JUDGMENT**

Pursuant to the order entered in this case on this date, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff Emma J. Foster's application for supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this 1st day of August, 2012.


                                                                                     _____
                                                                                     United States District Judge